UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

MARTHA J. MCALLISTER, individually, and the
MARTHA J. MCALLISTER REVOCABLE
TRUST, MARTHA J. MCALLISTER, TRUSTEE,

Case No. 1:09-CV-904

Plaintiffs

v.

Chief Judge Paul L. Maloney

AMERICAN BENEFIT CONCEPTS, INC., A/K/A
ABC SOLUTION, a Michigan corporation, JASON
JUBERG, individually, TRAVIS BENDER,
individually, DIVERSIFIED LIQUID ASSET
HOLDINGS, LLC, A/K/A DIVERSIFIED LIQUID
ASSET HOLDINGS, A/K/A DLAH, a Michigan
limited liability company, jointly and severally,

Defendants.
_____/

**DEFAULT JUDGMENT**

The summons and complaint in this action having been duly served on Defendant, Diversified Liquid Asset Holdings, LLC, on October 13, 2009, and said Defendant having failed to plead or otherwise defend in this action, and said default having been duly entered, and upon the attached affidavit in support of default judgment.

NOW, on motion of Daniel P. Dalton, the attorney for the Plaintiffs, it is hereby

ORDERED and ADJUDGED that Plaintiffs do recover against the Defendant, Diversified Liquid Asset Holdings, LLC, the sum of $138,000.00, the amount claimed, plus attorney fees in the sum of $12,000.00, amount in all to the sum of $150,000.00; and, that the Plaintiffs have execution therefor.

Dated: November 4, 2009

/s/ Paul L. Maloney
United States District Court Judge