UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MARTHA J. MCALLISTER, individually, and the MARTHA J. MCALLISTER REVOCABLE TRUST, MARTHA J. MCALLISTER, TRUSTEE,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN BENEFIT CONCEPTS, INC., A/K/A ABC SOLUTION, a Michigan corporation, JASON JUBERG, individually, TRAVIS BENDER, individually, DIVERSIFIED LIQUID ASSET HOLDINGS, LLC, A/K/A DIVERSIFIED LIQUID ASSET HOLDINGS, A/K/A DLAH, a Michigan limited liability company, jointly and severally,<br><br>Defendants. | Case No. 1:09-cv-904<br><br>Hon. Paul L. Maloney, Chief Judge |

_____

Attorney for Plaintiffs:
Tomkiw Dalton, PLC
Daniel P. Dalton (P44056)
Pauline J. Pensler (P71199)
612 E. 4th Street
Royal Oak, MI 48067
248/591-7000
248/591-7790 (fax)

Attorney for Defendant Bender:
Butler, Toweson & Payseno – PLLC
George T. Perrett (P42751)
202 N. Riverview Drive
Parchment, MI 49004
269/349-7686
269/382-0852 (fax)

Attorney for Defendants ABC and Juberg:
Michael P. Hindelang (P62900)
Honigman Miller Schwartz and Cohn LLP
660 Woodward Avenue
2290 First National Building
Detroit, MI 48226
313/465-7412
313/465-7413 (fax)

STIPULATION AND ORDER FOR
DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

## STIPULATION

NOW COMES, the Plaintiff, Martha J. McAllister, individually, and as Trustee of Martha J. McAllister Revocable Trust (hereinafter, collectively, "McAllister") and Defendant, Travis Bender, individually (hereinafter, "Bender"), by their respective counsel of record, to hereby STIPULATE and AGREE as follows:

IT APPEARING that McAllister and Bender have reached settlement of the issues in dispute between each other, as set forth in open court and as confirmed in a Settlement Agreement and Release, executed by McAllister and Bender and the terms and conditions of which are incorporated by reference herein.

IT IS HEREBY STIPULATED AND AGREED between these parties that all causes of action and stated claims in this proceeding, brought by McAllister against Bender in this Litigation, shall be dismissed with prejudice and without costs by entry of an Order of this Court.  This Order will not fully and finally resolve all claims between McAllister and other named defendants in this Litigation and such action shall proceed in accordance with existing case scheduling orders.

IT IS HEREBY STIPULATED AND AGREED that this Court shall retain jurisdiction to enforce the terms of the Settlement Agreement and Release.

Dated: April 6, 2010				TOMKIW DALTON, PLC

						By:/s/ Daniel P. Dalton
						     Daniel P. Dalton (P44056)
						Attorney for Plaintiffs McAllister

Dated: April 12, 2010                        BUTLER, TOWESON & PAYSENO – PLLC

               By:/s/ George T. Perrett_____
                 George T. Perrett (P42751)
               Attorneys for Defendant Travis Bender

<u>ORDER</u>

At a session of this Court,
held this \_\_\_\_\_ day of _____, 2010
in the City of Grand Rapids, State of Michigan,
United States of America;

PRESENT: HON. JOSEPH G. SCOVILLE
UNITED STATES MAGISTRATE JUDGE

**IT IS SO ORDERED**.

_____
Honorable Joseph G. Scoville