UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARTHA J. McALLISTER, individually,
and the MARTHA J. McALLISTER
REVOCABLE TRUST, MARTHA J.
McALLISTER, Trustee,

       Plaintiffs,

v.

AMERICAN BENEFIT CONCEPTS, INC.,
a/k/a ABC SOLUTION, a Michigan
corporation, JASON JUBERG, individually,
TRAVIS BENDER, individually, DIVERSIFIED
LIQUID ASSETS HOLDINGS, LLC, a/k/a DLAH, a
Michigan limited liability company, jointly
and severally,

       Defendants.
_____/

Case No. 1:09-CV-904
Chief Judge Paul L. Maloney

## ORDER DISMISSING CASE WITHOUT PREJUDICE

Pursuant to the Stipulation Dismissing Case Without Prejudice, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the claims asserted by Plaintiffs are dismissed without prejudice and without costs, interest or attorney fees to any party.

This Order resolves the last pending claims as to Defendants American Benefit Concepts, Inc., a/k/a ABC Solution, and Jason Juberg.

IT IS SO ORDERED

Date: April 21, 2010

/s/ Paul L. Maloney
Judge Paul L. Maloney
United States District Court Judge